

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00056-CR

MICHAEL LAVON SMITH                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Michael Lavon Smith attempts to appeal from his conviction for aggravated assault with a deadly weapon, to-wit: a firearm. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On February 16, 2012, we notified Smith that this appeal may be dismissed unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the

---

[1]*See* Tex. R. App. P. 47.4.

appeal.  Smith filed a pro se response that does not show grounds for continuing the appeal.  In accordance with the trial court's certification, we therefore dismiss this appeal.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

SUE WALKER
JUSTICE

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  March 29, 2012